# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooke, Valerie P. | U.S. District Court - Nevada | 10/23/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Bruce Thompson Federal Building
400 S. Virginia St. #404
Reno, NV 89501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 10/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Public Employees Retirement System of Nevada - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 10/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank - Complete Advantage Checking | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank - PMA Prime Checking Account | A | Interest | J | T | | | | | |
| 3. Wells Fargo Bank - College Checking | | None | J | T | | | | | |
| 4. Wells Fargo Bank - High Yield Savings | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank - Goal Savings | A | Interest | J | T | | | | | |
| 6. RBC IRA (H) | | | | | | | | | |
| 7. -RBC Insured Deposits | A | Interest | L | T | | | | | |
| 8. -Aqua Metals Inc | | None | J | T | Buy | 04/17/17 | J | | |
| 9. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 10. | | | | | Buy (add'l) | 10/19/17 | J | | |
| 11. | | | | | Sold (part) | 12/20/17 | J | | |
| 12. -AT&T Inc | A | Dividend | J | T | | | | | |
| 13. -BJ's Restaurants Inc | A | Dividend | J | T | | | | | |
| 14. -Calpine Corporation | | None | J | T | Buy | 02/08/17 | J | | |
| 15. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 16. -Flexion Therapeutics Inc.Com | | None | J | T | Buy | 02/08/17 | J | | |
| 17. | | | | | Buy (add'l) | 05/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 19. -Ford Motor Co | A | Dividend | J | T | | | | | |
| 20. -General Electric Company.com | | None | J | T | Buy | 12/20/17 | J | | |
| 21. -Intel Corp | A | Dividend | J | T | | | | | |
| 22. -Verizon Communications | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 23. -Zoetis Inc | A | Dividend | J | T | | | | | |
| 24. -Henderson Global Fds European Focus Fd | | None | | | Merged (with line 25) | 06/07/17 | J | | |
| 25. -Janus Invt FD (X) Henderson European Focus Fd | A | Dividend | J | T | | | | | |
| 26. -Royal Dutch Shell Plc | A | Dividend | J | T | | | | | |
| 27. -RWE AG Sponsored ADR | | None | J | T | | | | | |
| 28. -Savanna Energy Services Corp | | None | | | Merged (with line 29) | 06/29/17 | J | | |
| 29. -Total Energy Services Inc (X) | A | Dividend | | | Sold | 12/13/17 | J | | |
| 30. -Vanguard Intl Equity Index Fd | A | Dividend | J | T | | | | | |
| 31. -Guggenheim Bulletshares 2017 Corp BD Etf | A | Dividend | | | Buy | 01/11/17 | J | | |
| 32. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 33. | | | | | Sold | 12/29/17 | K | | |
| 34. -Guggenheim Bulletshares 2018 Corp BD Etf | A | Dividend | K | T | Buy | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 36. -Index Plus Trust Certif Ser 2003-1 | B | Interest | K | T | | | | | |
| 37. -Southeast Bank Athens Tenn CD | A | Interest | | | Redeemed | 01/20/17 | L | | |
| 38. -Vaneck Vectors ETF Trst Gold Minters ETF | A | Dividend | J | T | | | | | |
| 39. -United Health Group Inc SR unsecured | A | Interest | | | Buy | 01/11/17 | J | | |
| 40. | | | | | Redeemed | 07/17/17 | J | | |
| 41. -Midamerican Energy Hldgs New Sr Nt | A | Interest | | | Buy | 01/12/17 | K | | |
| 42. | | | | | Redeemed | 05/15/17 | J | | |
| 43. -Cameron Intl Corp Bnd | A | Interest | | | Buy | 01/27/17 | J | | |
| 44. | | | | | Redeemed | 06/15/17 | J | | |
| 45. -United Technologies Corp Sr unsecured | A | Interest | | | Buy | 01/27/17 | J | | |
| 46. | | | | | Redeemed | 06/01/17 | J | | |
| 47. -Deere John Cap Corp | A | Interest | | | Buy | 01/31/17 | J | | |
| 48. | | | | | Redeemed | 06/12/17 | J | | |
| 49. -CBS Corp New | A | Interest | | | Buy | 01/31/17 | J | | |
| 50. | | | | | Redeemed | 07/03/17 | J | | |
| 51. -AT&T Inc Sr Unsecured | A | Interest | | | Buy | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 10/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Redeemed | 06/01/17 | J | | |
| 53. -Metlife Inc | A | Interest | | | Buy | 05/17/17 | J | | |
| 54. | | | | | Redeemed | 12/15/17 | J | | |
| 55. -Conoco Phillips Company Sr unsecured | A | Interest | | | Buy | 05/23/17 | J | | |
| 56. | | | | | Redeemed | 12/15/17 | J | | |
| 57. -Nheuser-Busch Invev Worldwide | A | Interest | | | Buy | 06/16/17 | J | | |
| 58. | | | | | Redeemed | 11/10/17 | J | | |
| 59. -Waste Mgmt Inc Del Sr Nts | A | Interest | | | Buy | 06/19/17 | J | | |
| 60. | | | | | Redeemed | 11/30/17 | J | | |
| 61. -Cisco Sys Inc | A | Interest | J | T | Buy | 08/02/17 | J | | |
| 62. -Apple Inc | | None | J | T | Buy | 11/21/17 | J | | |
| 63. -Laboratory Corp of America hldngs | | None | J | T | Buy | 11/29/17 | J | | |
| 64. -United Health Group Inc Sr unsecured | | None | J | T | Buy | 12/04/17 | J | | |
| 65. Residential Lot, Elko, NV | | None | J | W | | | | | |
| 66. Commercial Rental, Reno, Washoe Cnty, NV - 50% interest | A | Rent | N | U | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooke, Valerie P. | 10/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 7:   Name change formerly  "RBC Bank Deposit Program".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Valerie P. Cooke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544